UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY DRUMMOND,<br><br>                    Petitioner,<br><br>        v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>                    Respondents. | Case No. 3:24-cv-00504-ART-CLB<br><br>ORDER |

Bradley Drummond, an individual incarcerated at Nevada's Lovelock Correctional Center, has submitted for filing an application to proceed *in forma pauperis* (ECF No. 1), a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1-1) and a motion for appointment of counsel (ECF No. 1-2). The habeas petition and the motion for appointment of counsel will not be filed, until Drummond either is granted *in forma pauperis* status or pays the filing fee.

Drummond's application to proceed *in forma pauperis* is incomplete in that the financial certificate (ECF No. 1 at 4) has not been completed and signed by an authorized prison officer. *See* Local Rule LSR 1-2. It will be denied for that reason.

The Court will grant Drummond an opportunity to either pay the filing fee ($5) or file a new, complete application to proceed *in forma pauperis* (with the financial certificate completed and signed by an authorized prison officer). If Drummond fails to do one or the other within the time allowed, this action will be dismissed.

It is therefore ordered that Petitioner's Application to Proceed *in Forma Pauperis* (ECF No. 1) is denied.

///

///

1

It is therefore ordered that Petitioner will have until Monday, December 30, 2024, to pay the $5 filing fee or file a new, complete application to proceed *in forma pauperis*.

It is further ordered that the Clerk of the Court is directed to send Petitioner two copies of the form for a state prisoner to apply to proceed *in forma pauperis*.

DATED THIS 13th day of November, 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE