UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY DRUMMOND,<br><br>       Petitioner,<br><br> v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>       Respondents. | Case No. 3:24-cv-00504-ART-CLB<br><br>ORDER |

On November 13, 2024, Bradley Drummond, an individual incarcerated at Nevada's Lovelock Correctional Center, submitted for filing an application to proceed *in forma pauperis* (ECF No. 1), a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1-1) and a motion for appointment of counsel (ECF No. 1-2). The application to proceed *in forma pauperis* was denied because it was incomplete, and the habeas petition and motion for appointment of counsel were not filed. (ECF No. 3.) The Court gave Drummond an opportunity to file a new application to proceed *in forma pauperis* and provided him the necessary forms and instructions to do so. (*Id.*)

On December 5, 2024, Drummond filed a new—and this time complete—application to proceed *in forma pauperis.* (ECF No. 4.) Drummond's December 5 application will be granted, and his petition and motion for appointment of counsel will be filed.

The Court has examined Drummond's habeas petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases. The Court will order the petition served on the respondents.

A prisoner not sentenced to death petitioning for a writ of habeas corpus in federal court is not entitled to appointed counsel unless the circumstances indicate that appointed counsel is necessary to prevent a due process violation.

1

*Chaney v. Gonzales*, 801 F.2d 1191, 1196 (9th Cir. 1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir. 1970) (per curiam). The court may, however, appoint counsel if the interests of justice so require. *See* 18 U.S.C. § 3006A; *see also* Rule 8(c), Rules Governing § 2254 Cases; *Chaney*, 801 F.2d at 1196. The Court finds that appointment of counsel for Drummond is in the interests of justice and will grant Drummond's motion for appointment of counsel.

It is therefore ordered that Petitioner's Application to Proceed *in Forma Pauperis* (ECF No. 4) is granted. Petitioner will not be required to pay the filing fee for this action.

The Clerk of the Court is directed to separately file Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1-1) and Petitioner's Motion for Appointment of Counsel (ECF No. 1-2).

It is further ordered that Petitioner's Motion for Appointment of Counsel (ECF No. 1-2) is granted. The Federal Public Defender for the District of Nevada (FPD) is appointed to represent the petitioner. If the FPD is unable to represent the petitioner, because of a conflict of interest or other reason, alternate counsel will be appointed. In either case, counsel will represent the petitioner in all federal court proceedings relating to this matter, unless allowed to withdraw.

It is further ordered that the Clerk of the Court is directed to electronically serve upon the FPD a copy of this order, together with a copy of the Petition for Writ of Habeas Corpus (ECF No. 1-1).

It is further ordered that the FPD will have 30 days from the date of this order to file a notice of appearance or to indicate to the Court their inability to represent the petitioner in this case.

It is further ordered that the Clerk of the Court is directed to add Aaron Ford, Attorney General of the State of Nevada, as counsel for Respondents and to provide Respondents an electronic copy of all items previously filed in this case by regenerating the Notice of Electronic Filing to the office of the Attorney

General only.

It is further ordered that the respondents will have 30 days from the date of this order to appear in this action. Respondents will not be required to respond to the habeas petition at this time.

DATED THIS 30th day of December, 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE