UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY DRUMMOND, | Case No. 3:24-cv-00504-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

In this habeas corpus action, on March 27, 2025, Petitioner Bradley Drummond filed a motion for leave to conduct discovery. (ECF No. 11.) Respondents were due on April 10, 2025, to respond to that motion. On April 10, Respondents filed a motion for extension of time, requesting a 14-day extension, to April 24. This would be the first extension of this deadline. Respondents' counsel states that the extension is necessary because of their other obligations and represents that Drummond does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 13) is granted. Respondents will have until and including April 24, 2025, to respond to Petitioner's Motion for Leave to Conduct Discovery (ECF No. 11).

DATED THIS 14th day of April, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE