UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY DRUMMOND,<br><br>                    Petitioner,<br><br>    v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>                    Respondents. | Case No. 3:24-cv-00504-ART-CLB<br><br>ORDER |

In this habeas corpus action, on August 5, 2025, the Court granted leave for the petitioner, Bradley Drummond, who is represented by appointed counsel, to conduct certain discovery. (ECF No. 20.) On August 13, Drummond filed a notice stating that he has received material from the Clark County District Attorney's Office in response to his discovery request and requesting sixty days to file an amended habeas petition. (ECF No. 21.)

The Court will, therefore, set a schedule for Drummond to file an amended habeas petition. Nothing in this order, or in any order setting or extending the schedule for an amended petition, is meant as a comment upon, or to affect in any manner, the operation of any statute of limitations.

It is therefore ordered that Petitioner will have 60 days from the date of entry of this order to file an amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the scheduling order entered January 31, 2025 (ECF No. 10) will remain in effect.

DATED THIS 2nd day of September, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE