UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY DRUMMOND,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:24-cv-00504-ART-CLB<br><br>ORDER |

In this habeas corpus action, Petitioner Bradley Drummond, represented by appointed counsel, filed an amended habeas petition on October 24, 2025. (ECF No. 23.) After a 60-day initial period and a 59-day extension, Respondents were due on February 20, 2026, to file a response to the amended petition. (*See* ECF Nos. 10, 29.) On February 20, Respondents filed a motion for extension of time, requesting a further 45-day extension, to April 6, 2026. (ECF No. 30.) Respondents' counsel states that the extension is necessary because of their obligations in other cases. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay and that there is good cause for the requested extension.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 30) is granted. Respondents will have until and including April 6, 2026, to file a response to the amended habeas petition. In all other respects, the schedule for further proceedings set forth in the scheduling order entered January 31, 2025 (ECF No. 10) remains in effect.

DATED THIS 23rd day of February 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE