UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRADLEY DRUMMOND,

Petitioner,

v.

NETHANJAH BREITENBACH, *et al.*,

Respondents.

Case No. 3:24-cv-00504-ART-CLB

ORDER

In this habeas corpus action, Petitioner Bradley Drummond, represented by appointed counsel, filed an amended petition on October 24, 2025. (ECF No. 23.) After a 60-day initial period, a 59-day extension, and a 45-day extension, Respondents were to file a response to the amended petition by April 6, 2026. (*See* ECF Nos. 10, 29, 31.) On April 6, Respondents filed a motion for extension of time, requesting a further 30-day extension, to May 6. (ECF No. 32.) Respondents' counsel states that the extension is necessary because of their obligations in other cases, and that Drummond does not oppose the extension. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 32) is granted. Respondents will have until and including May 6, 2026, to file a response to the amended habeas petition. In all other respects, the schedule for further proceedings set forth in the scheduling order entered January 31, 2025 (ECF No. 10) remains in effect.

DATED THIS 7th day of April 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1