UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY DRUMMOND,<br>Petitioner,<br>v.<br>NETHANJAH BREITENBACH,<br>Respondent. | Case No. 3:24-cv-00504-ART-CLB<br><br>ORDER |

Before this Court is Respondent's unopposed motion for a 30-day extension of time to file her reply to her motion to dismiss. (ECF No. 39 ("Motion for Extension").) This is Respondent's first request for an extension of this deadline. The Court finds that good cause exists to grant the request.

It is therefore ordered that the Motion for Extension (ECF No. 39) is granted. Respondent has up to and including September 4, 2026, to file her reply.

DATED THIS 27th day of August 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE